# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DESI AVERY, individually and as Personal Representative of the Estate of Daniel Avery, and on behalf of all Statutory and General Maritime Law Beneficiaries,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC LONG LINE COMPANY LLC, et al.,<br><br>Defendants. | NO. C04-2565JLR<br><br>ORDER OF DISMISSAL |

The court having been notified of the settlement of this matter and it appearing that no issue remains for the court's determination,

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

In the event settlement is not perfected, any party may move to reopen the case, provided such motion is filed within **60** days of the date of this order. Any trial date and pretrial dates previously set are hereby VACATED.

DATED this 28th day of November, 2005.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL